**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☑  4th  Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____  Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **JORGE A LOSADA**    JOINT DEBTOR: **MARIA A. LOSADA** CASE NO.: 14-17219
Last Four Digits of SS# XXX-XX-6866  Last Four Digits of SS# XXX-XX-7235

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of   60   months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

  A.   $ 218.22   for months   1   to   60  ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 3,650.00 + $775.00 (Motion to Value)=$4,425.00 TOTAL PAID $2,500.00
            Balance Due  $ 1,925.00   payable $ 137.50 /month (Months 1 to 14 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:
1. _____     Arrearage on Petition Date   $_____
Address:_____     Arrears Payment $_____/month (Months _____ to _____)
                                      Regular Payment $_____/month (Months _____ to _____)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Tropical Financial Credit Union Account No.7002841-98 $58,674.70 | Property Address: 6636 SW 130th Place #1301, Miami FL 33183-5617 Value $120,000.00 Appraisal by: Miami-Dade County | 0% | $ 0.00 | 1   To   60 | Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date. |

Priority Creditors: [as defined in 11 U.S.C. §507]
1.   Internal Revenue Service       Total Due  $2,933.92
                                    Payable  $ 48.90 /month (Months 1  to  60 )

Unsecured Creditors: Pay $ 10.00 /month (Months 1  to  14 ), $ 147.50 month (Months 15  to 60 ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtors will continue to pay the 1st mortgage Chase Bank (Account No.XXX-3544) on homestead property located at:6636 SW 130th Place, #1301, Miami, FL 33183 outside of the bankruptcy and Tropical Financial Credit Union for their 2006 Nissan Pathfinder The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

LF-31 (rev. 06/02/08)

/s/ *Jorge A. Losada* /s/ *Maria A. Losada*
Debtor Joint Debtor
Date: 8/11/2014 Date: 8/11/2014

LF-31 (rev. 06/02/08)