UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

CASE NO: 14-17219-BKC-RAM
CHAPTER 13

IN RE:
JORGE A. LOSADA
MARIA A. LOSADA,
                 DEBTOR(S).
_____/

EX-PARTE MOTION TO WITHDRAW TRUSTEE'S REPORT OF NON-COMPLIANCE (ECF #49) AND VACATE THE ORDER DISMISSING CASE DATED MARCH 3, 2017 (ECF #50)

    Nancy K. Neidich, hereby moves this Court to Withdraw the Trustee's Report of Non-Compliance (ECF #49) and Vacate the Order Dismissing Case (ECF #50) and states:

    1. On January 11, 2017 the Trustee inadvertently filed with the Court a Trustee's Report of Non-Compliance (ECF #49) and as a result an Order Dismissing Case was signed and entered on March 3, 2017 (ECF #50).

    Wherefore, the Trustee moves this Court to Withdraw Trustee's Report of Non-Compliance (ECF #49) and Vacate the Order Dismissing Case (ECF #50).

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was mailed by postage prepaid mail to the following parties on the 09th day of MARCH 2017.

Jorge A Losada & Maria A. Losada
6636 SW 130th Place #1301
Miami, FL 33183-5617

Robert Sanchez, Esq. (ECF)

/s/ Nancy K. Neidich
NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FLORIDA 33027-4166
Telephone: (954) 443-4402