**ORDERED in the Southern District of Florida on March 9, 2017.**

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

IN RE: CASE NO: 14-17219-BKC-RAM
JORGE A. LOSADA CHAPTER 13
MARIA A. LOSADA,
DEBTOR(S).
_______________________/

ORDER GRANTING TRUSTEE'S EX-PARTE MOTION TO WITHDRAW TRUSTEE'S REPORT OF NON-COMPLIANCE (ECF #49) AND VACATE THE ORDER DISMISSING CASE DATED MARCH 3, 2017 (ECF #50)

THIS CASE came on before the Court ex-parte and it is ORDERED as follows:

1. The Trustee's Ex-Parte Motion is granted.
2. The Trustee's Report of Non-Compliance (ECF #49) shall be withdrawn.
3. The Order Dismissing Case (ECF #50) shall be vacated and the case shall proceed in the normal course.

###

PREPARED BY:
NANCY K. NEIDICH, ESQUIRE, STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806, MIRAMAR, FL 33027-9806

NANCY K. NEIDICH, ESQUIRE is directed to mail a conformed copy of this Order to debtor(s) and debtor(s) attorney immediately upon receipt thereof.